UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMEKIA M. WYCKOFF,

       Plaintiff,

v.

R1 RCM, INC., *et al.*,

       Defendants.
_____/

Case No. 2:19-cv-13633
District Judge David M. Lawson
Magistrate Judge Anthony P. Patti

## **REPORT AND RECOMMENDATION TO DENY AS MOOT THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS (ECF NO. 13)**

When Plaintiff initiated this case on December 10, 2019, she named as Defendants one corporation (R1 RCM) and eight individuals. (ECF No. 1, PageID.1-5.) While Defendant R1 RCM has filed an answer to the complaint, limited reliance upon jury demand, and affirmative defenses (ECF Nos. 11, 12), the eight individual Defendants have filed a combined motion to dismiss (ECF No. 13). By an order entered this date, Plaintiff's first amended complaint (ECF No. 18), which names only R1 RCM, Inc. as a Defendant, was deemed the operative pleading, and, accordingly, Plaintiff's claims against the eight (8) individual defendants were deemed withdrawn. (*See* ECF No. 19.) Given that the eight (8) individual Defendants are no longer parties to this case, the Undersigned

recommends that the Court **DENY AS MOOT** their February 21, 2020 combined motion to dismiss (ECF No. 13).

The parties to this action may object to and seek review of this Report and Recommendation, but are required to file any objections within 14 days of service, as provided for in Federal Rule of Civil Procedure 72(b)(2) and Local Rule 72.1(d). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505 (6th Cir. 1981). Filing objections that raise some issues but fail to raise others with specificity will not preserve all the objections a party might have to this Report and Recommendation. *Willis v. Sec'y of Health & Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1273 (6th Cir. 1987). Pursuant to Local Rule 72.1(d)(2), any objections must be served on this Magistrate Judge.

Any objections must be labeled as "Objection No. 1," and "Objection No. 2," *etc.* Any objection must recite precisely the provision of this Report and Recommendation to which it pertains. Not later than 14 days after service of an objection, the opposing party may file a concise response proportionate to the objections in length and complexity. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). The response must specifically address each issue raised in the objections, in the same order, and labeled as "Response to Objection No. 1," "Response to

Objection No. 2," *etc.* If the Court determines that any objections are without merit, it may rule without awaiting the response.

**IT IS SO ORDERED.**

Dated: March 16, 2020

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE