UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMEKIA M. WYCKOFF,

        Plaintiff,

v.

R1 RCM INC., AMANDA VANTHOMME,
KATIE GUFFY, MEDINA DIZDAREVIC,
ALICIA MCKINNEY-GORDON, WILLIAM
BEIERWALTES, JENNIFER VAN DE
VELDE, JOSEPH FLANAGAN, and KATE
SANDERSON,

        Defendants.

Case Number 19-13633
Honorable David M. Lawson
Magistrate Judge Anthony P. Patti

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY AS MOOT THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS

Presently before the Court is the report issued on March 13, 2020 by Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b), recommending that the Court deny as moot the eight individual defendants' motion to dismiss because they are no longer parties to this case. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation (ECF No. 20) is **ADOPTED**.

- 2 -

It is further **ORDERED** that the motion to dismiss filed by defendants Vanthomme, Guffy, Dizdarevic, Mckinney-Gordon, Beierwaltes, Van De Velde, Flanagan, and Sanderson (ECF No. 13) is **DENIED AS MOOT**.

It is further **ORDERED** that the previously issued referral of the matter to the magistrate judge (ECF No. 5) is **CONTINUED**.

                                                  s/David M. Lawson
                                                  DAVID M. LAWSON
                                                  United States District Judge

Dated:   May 18, 2020