UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMEKIA M. WYCKOFF,

        Plaintiffs,                    Case No. 2:19-cv-13633
                                         District Judge David M. Lawson
v.                                        Magistrate Judge Anthony P. Patti

R1 RCM, INC.,

        Defendant.
_____/

## **STATUS CONFERENCE AND ALTERNATIVE DISPUTE RESOLUTION ORDER**

    Judge Lawson has referred this case to me for pretrial matters. Although Plaintiff filed her original and first amended complaints *in pro per*, she is now represented by counsel. (ECF Nos. 1, 18, 19, 26.) The July 29, 2020 second amended complaint is the operative pleading. (ECF No. 30.)

    I have twice conducted settlement conferences in this matter – once on June 12, 2020, prior to Plaintiff's counsel's appearance (ECF No. 25), and once on July 8, 2020 (ECF Nos. 27, 28), following the appearance of counsel. The case did not settle. Accordingly, on July 9, 2020, I entered a case management scheduling order, which, in addition to setting several deadlines, noticed a telephonic status conference for November 9, 2020. (ECF No. 29.)

1

At the telephonic status conference, Plaintiff and her counsel, attorney Sean A. Riddell, appeared, as did attorney Zeth D. Hearld for Defendant R1 RCM, Inc. Consistent with the resulting discussion about the status of discovery and the posture for Alternative Dispute Resolution (ADR), no later than **Wednesday, January 6, 2021**, the parties will either submit: **(1)** a single stipulation and order, which specifies a mutually agreed-upon facilitative mediator *and* refers the case to mediation; or, **(2)** individual lists, each setting forth 5 proposed mediators, from which the Court will choose the mediator and refer the case. (Likewise, if the parties mutually agree that they would instead prefer either binding mediation or arbitration, they should follow the same procedure, making their mutual agreement clear by stipulation.)

**IT IS SO ORDERED.**

Dated: November 9, 2020

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE